UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS J. GEER, SR. and
SHARON M. GEER,

       Plaintiffs,

Case No. 04-CV-71294

vs.

HON. GEORGE CARAM STEEH

MEDALLION HOMES LIMITED
PARTNERSHIP and
RIDGEWOOD, L.L.C.,

       Defendants.
_____/

## J U D G M E N T

The above entitled matter has come before the court on cross motions for summary judgment, and in accordance with the court's order granting defendants' motion and denying plaintiffs' motion entered on October 20, 2005,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

                                 DAVID J. WEAVER
                                 CLERK OF THE COURT
                                 BY: s/Josephine Chaffee
                                      DEPUTY COURT CLERK

Dated: October 20, 2005
        Detroit, Michigan

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on October 20, 2005, by electronic and/or ordinary mail.

                                 s/Josephine Chaffee
                                 Secretary/Deputy Clerk